### VICTOR TALKING MACHINE CO. v. BERWALD.

(Circuit Court, S. D. New York. April 22, 1909.)

CONTEMPT (§ 20*)—DISOBEDIENCE OF ORDERS OF THE COURT.
 A defendant adjudged guilty of contempt in disobeying the orders of the court.
 [Ed. Note.—For other cases, see Contempt, Cent. Dig. §§ 58–62; Dec. Dig. § 20.*]

On Motion to Punish for Contempt.

Horace Pettit, for complainant.
Lamar Hardy, for defendant.

LACOMBE, Circuit Judge. The defendant is found guilty of disobedience of the court's orders, and is fined $25 for his contempt; the same payable to the United States. This small amount is imposed because he frankly admitted his offense, and upon the understanding that he will not be guilty of any future acts of disobedience. Should he offend again, the consideration which has been shown him upon this motion will be an element to be considered in fixing the amount of his punishment for such new offense.

---

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes